**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed January 13, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00464-CV

## ELITE POWER, LLC AND BRANDON MICHAEL MARTIN, Appellants

### V.

## MOTH MANAGEMENT, INC. AND EADO INVESTMENTS, L.P., Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-86771**

### MEMORANDUM OPINION

This is an appeal from a final judgment signed May 17, 2021. On January 5, 2022, the parties filed a joint motion to dismiss the appeal "with prejudice." The Texas Rules of Appellate Procedure speak only of a dismissal of an appeal; neither "with prejudice" nor "without prejudice" is appended to the word "dismissal". *See* Tex. R. App. P. 42.1. We construe the motion as one for voluntary dismissal under

Texas Rule of Appellate Procedure 42.1(a)(1). So construed, the motion is granted, and the appeal is dismissed.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.